U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 07 CH 30842
THE NORTHERN LEAGUE, INC.
v.
JEFFREY EARL GIDNEY and P. DANIEL ORLICH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

P. DANIEL ORLICH

| |
|---|
| NAME (Type or print)<br>JOSHUA J. WHITESIDE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Joshua J. Whiteside |
| FIRM<br>Staes & Scallan, P.C. |
| STREET ADDRESS<br>111 W. Washington Street, Suite #1631 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6278701 | TELEPHONE NUMBER<br>312-201-8969 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |