IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE NORTHERN LEAGUE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) No: 07 C 6585 <br> JEFFREY EARL GIDNEY and P. DANIEL ) <br> ORLICH ) Judge Der-Yeghiayan <br> ) Magistrate Judge Mason <br> ) <br> Defendants. ) <br> ) <br> ) | |

## AGREED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1. Mr. Jeffrey Gidney and Mr. Daniel Orlich removed this action to this Court from the Circuit Court of Cook County on November 21, 2007 based on complete diversity of citizenship.

2. Their responsive pleading is currently due on November 28th.

3. Defendants request until December 12, 2007 to file their response to the Complaint. The request for the continuance is necessitated by the need for counsel for the movants to review correspondence which is located in Florida where the defendants reside, a serious medical situation in the family of one of the defendants' lawyers (Joshua Whiteside), the Thanksgiving holiday, and our involvement in other matters, including <u>Asher v. Ross</u>, 07 CH 461 (Cir. Ct. Lake County), <u>Cohen v. Cohen</u>, 05 CH 4233 (Cir. Ct. Cook County), and <u>Old Republic v. Ness Motley</u>, 07-1171 (Seventh Circuit Appeal).

4. This motion is unopposed.

Respectfully submitted,

_/s/ Stephen Scallan_
ANDREW STAES
STEPHEN SCALLAN
JOSHUA WHITESIDE

STAES & SCALLAN P.C.
111 West Washington St.
Suite 1631
Chicago, IL 60602
(312) 201-8969

## CERTIFICATE OF SERVICE

I, Stephen Scallan, hereby certify that I have caused a copy of the foregoing Agreed Motion For An Extension Of Time To Respond To Plaintiff's Complaint to be served upon Mr. William Goldberg, Seyfarth Shaw, 131 S. Dearborn Street, Suite #2400, Chicago Illinois electronically and via U.S. Mail on November 26, 2007.

_____
STEPHEN SCALLAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE NORTHERN LEAUGUE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>) <br>JEFFREY EARL GIDNEY and P. DANIEL )<br>ORLICH )<br>)<br>)<br>Defendants. )<br>)<br>) | No: 07 C 6585<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Mason |

**PROPOSED ORDER**

Defendants' Agreed Motion For An Extension Of Time To Respond To Plaintiff's Complaint is granted. Defendants shall have until December 12, 2007 to answer or otherwise plead.

ENTERED:

_____
Judge Samuel Der-Yeghiayan

Andrew T. Staes
Stephen D. Scallan
STAES & SCALLAN, P.C.
111 W. Washington Street
Suite #1631
Chicago, Illinois 60602
(312) 201-8969