**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE NORTHERN LEAGUE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY EARL GIDNEY and P. DANIEL | ) | No. 07 C 6585 |
| ORLICH | ) | Honorable Samuel Der-Yeghiayan |
| | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    Mr. William Goldberg
       SEYFARTH SHAW
       131 S. Dearborn Street
       Suite #2400
       Chicago, Illinois 60602

       Please take notice that on Thursday, November 29, 2007 at 9:00 a.m., the undersigned

shall appear before the Honorable Samuel Der-Yeghiayan, 219 S. Dearborn Street, Courtroom

1903, and present Defendants' Agreed Motion For An Extension Of Time To Respond To

Plaintiff's Complaint.

STEPHEN SCALLAN

Andrew T. Staes
Stephen D. Scallan
STAES & SCALLAN, P.C.
111 W. Washington Street
Suite #1631
Chicago, Illinois 60602
(312) 201-8969

## CERTIFICATE OF SERVICE

I, Stephen Scallan,  hereby certify that I have caused a copy of the foregoing Notice Of

Motion  to be served upon Mr. William Goldberg, Seyfarth Shaw, 131 S. Dearborn Street, Suite

#2400, Chicago Illinois electronically and via U.S. Mail on November 26, 2007.

STEPHEN SCALLAN