IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE NORTHERN LEAGUE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 07 C 6585 |
| ) | |
| JEFFREY EARL GIDNEY, and P. DANIEL ) | Judge Der-Yeghiayan |
| ORLICH ) | Magistrate Judge Mason |
| ) | |
| Defendants. ) | |

### DEFENDANTS' JURY DEMAND

Defendants, Jeffrey Earl Gidney and P. Daniel Orlich, hereby demand trial by jury on all issues so triable in accordance with Rule 38 (b) of the Fed. R. Civ. P.

Respectfully submitted,

/s/ Andrew Staes
ANDREW STAES
STEPHEN SCALLAN
JOSHUA J. WHITESIDE

STAES & SCALLAN, P.C.
111 West Washington Street
Suite 1631
Chicago, Illinois 60602
(312) 201-8969

## CERTIFICATE OF SERVICE

I, Stephen Scallan, hereby certify that I caused a copy of the foregoing Defendants' Jury Demand to be served upon Mr. William Goldberg, Seyfarth Shaw, 131 South Dearborn Street, Suite #2400, Chicago, Illinois electronically and *via* U.S. Mail on November 28, 2007.

_____
STEPHEN SCALLAN