U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 07-cv-06585
The Northern League, Inc. v. Gidney, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, The Northern League, Inc.

| NAME (Type or print) |  |
|---|---|
| William I. Goldberg |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ William I. Goldberg |  |
| FIRM |  |
| Seyfarth Shaw LLP |  |
| STREET ADDRESS |  |
| 131 S. Dearborn Street, Suite 2400 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60603-5577 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0987603 | 312-460-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |  |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 28th day of November, 2007, a true and correct copy of the foregoing APPEARANCE was served on the following by the electronic court filing system:

>Andrew T. Staes
>Joshua J. Whiteside
>Stephen D. Scallan
>Staes & Scallan P.C.
>111 West Washington Street
>Suite 1631
>Chicago, Illinois 60602
>(312) 201-8969

                                          s/William I. Goldberg

CH3 1123682.1