**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

The Northern League, Inc.
                    Plaintiff,

v.                                      Case No.: 1:07−cv−06585
                                                Honorable Samuel Der−Yeghiayan

Jeffery Earl Gidney, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 29, 2007:

      MINUTE entry before Judge Samuel Der−Yeghiayan: Defendants' agreed motions for an extension of time [10], [12] to respond to plaintiff's complaint are granted. Defendants to answer or otherwise plead to the complaint by 12/10/2007. Status hearing set for 1/9/2008 at 9:00 A.M. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.