IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE NORTHERN LEAGUE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFREY EARL GIDNEY and P. DANIEL ) <br> ORLICH ) <br> ) <br> ) <br> Defendants. ) | No. 07 C 6585 <br> Honorable Samuel Der-Yeghiayan <br> Magistrate Judge Mason |

## NOTICE OF MOTION

To: Mr. William Goldberg
SEYFARTH SHAW
131 S. Dearborn Street
Suite #2400
Chicago, Illinois 60602

Please take notice that on Tuesday, December 18, 2007 at 9:00 a.m., the undersigned shall appear before the Honorable Samuel Der-Yeghiayan, 219 S. Dearborn Street, Courtroom 1903, and present Mr. Gidney's and Mr. Orlich's Motion To Dismiss.

STEPHEN SCALLAN

Andrew T. Staes
Stephen D. Scallan
STAES & SCALLAN, P.C.
111 W. Washington Street
Suite #1631
Chicago, Illinois 60602
(312) 201-8969

## CERTIFICATE OF SERVICE

I, Stephen Scallan, hereby certify that I have caused a copy of the foregoing Notice of Motion to be served upon Mr. William Goldberg, Seyfarth Shaw, 131 S. Dearborn Street, Suite #2400, Chicago Illinois electronically and via U.S. Mail on December 10, 2007.

STEPHEN SCALLAN