UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

The Northern League, Inc.
                     Plaintiff,

v.                                       Case No.: 1:07−cv−06585
                                               Honorable Samuel Der−Yeghiayan

Jeffery Earl Gidney, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 17, 2007:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Defendants' motion to dismiss [16] is entered and continued. Plaintiff's response shall be filed by 01/11/08 and Defendants' reply shall be filed by 01/18/08. Status hearing reset to 02/27/08 at 9:00 a.m. Status hearing set for 01/09/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.