IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE NORTHERN LEAGUE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 07 C 6585 |
| ) | |
| JEFFREY EARL GIDNEY, and P. DANIEL ) | Judge Der-Yeghiayan |
| ORLICH ) | Magistrate Judge Mason |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S AGREED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, the Northern League, Inc. by its attorneys, William I. Goldberg and P. Shawn Wood, Seyfarth Shaw LLP, hereby moves the court for an order extending plaintiff's time to respond to defendants' motion to dismiss from January 11, 2008 to January 25, 2008. In support, plaintiff states as follows:

1.  After this case was removed from the Circuit Court of Cook County to this court, defendants filed a motion to dismiss the complaint. On December 17, 2007, the court entered an Order continuing defendants' motion to dismiss and ordered that plaintiff's response be filed by January 11, 2008.

2.  The Plaintiff intends to file an amended complaint in response to the motion and is requesting that its date for responding to the motion be continued to January 25, 2008.

3.  Defendants' attorneys have no objection to this extension.

4.  Consistent with the court's rules on settlement, counsel have been discussing with their respective clients the possibility of asking the court to conduct a settlement conference

CH3 1125769.1

either directly or by reference to a Magistrate.  The parties expect to know by January 25, 2008 whether they will invoke that process.

WHEREFORE, plaintiffs asks that their date for responding to defendants' motion to dismiss be continued from January 11, 2008 to January 25, 2008.

Dated: January 4, 2008                                             Respectfully submitted,


By:     s/William I. Goldberg
         One of Its Attorneys


William I. Goldberg
P. Shawn Wood
Seyfarth Shaw LLP
131 S. Dearborn Street – Suite 2400
Chicago, IL  60603-5577
Email:  wgoldberg@seyfarth.com
Telephone: (312) 460-5000
Firm #:  90747

2

CH3 1125769.1