IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE NORTHERN LEAGUE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:  07 C 6585 |
| | ) | |
| JEFFREY EARL GIDNEY, and P. DANIEL ORLICH | ) ) ) | Judge Der-Yeghiayan<br>Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: Andrew Staes
Stephen Scallan
Joshua J. Whiteside
Staes and Scallan
111 W. Washington St., Ste. 1631
Chicago, IL  60602

PLEASE TAKE NOTICE that on Thursday, **January 10, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Samuel Der-Yeghiayan, or such other judge sitting in his place and stead in the courtroom usually occupied by him, Room 1903 at the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present *Plaintiff's Agreed Motion for an Extension of Time To Respond to Defendants' Motion to Dismiss.*

Dated:  January 4, 2008          Respectfully submitted,

PLAINTIFF THE NORTHERN LEAGUE, INC.


By:      s/ William I. Goldberg
               One of its Attorneys

William I. Goldberg
P. Shawn Wood
Seyfarth Shaw LLP
131 S. Dearborn Street – Suite 2400
Chicago, IL  60603-5577
Email: wgoldberg@seyfarth.com
Telephone: (312) 460-5000
Firm #:  90747

CH3 1125767.1

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Notice of Motion and Plaintiff's Agreed Motion for an Extension of Time to Respond to Defendants' Motion to Dismiss to be served via the Court's electronic noticing system upon the following individuals on this 4th day of January, 2008:

      Andrew Staes
      Stephen Scallan
      Joshua J. Whiteside
      Staes and Scallan
      111 W. Washington St., Ste. 1631
      Chicago, IL  60602

                                s/William I. Goldberg