UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

The Northern League, Inc.
                    Plaintiff,
v.                                       Case No.: 1:07−cv−06585
                                         Honorable Samuel Der−Yeghiayan
Jeffery Earl Gidney, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2008:

    MINUTE entry before Judge Samuel Der−Yeghiayan : Plaintiff's motion for extension of time to respond to Defendants' motion to dismiss [19] is granted as follows: Defendants' motion to dismiss [16] is hereby denied without prejudice. Defendants' responsive pleading to Plaintiff's complaint is stayed until further order of the Court. Status hearing reset to 02/21/08 at 9:00 a.m Status hearing set for 02/27/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.