# **EXHIBIT A**

# NORTHERN LEAGUE CONSTITUTION

## ARTICLE I. NAME

This organization shall be called The Northern League, Inc.

## ARTICLE II. OBJECTS

The objects of this League shall be:

(a) To perpetuate baseball in the Upper Midwest of the United States and the Southern part of Canada and to surround it with such safeguards as to warrant absolute public confidence in its integrity and methods.

(b) To protect and promote the mutual interest of professional baseball clubs, professional baseball players, umpires and members of The Northern League.

(c) To establish and regulate regular-season and championship baseball in The Northern League.

## ARTICLE III. MEMBERSHIP

1. <u>Location.</u> The League shall consist of not less than four (4) baseball clubs and not more than twelve (12) clubs. The clubs shall consist of members of The Northern League whose ownership and city location have been approved by the Commissioner of The Northern League. No member shall change its location to any other city unless authorized by the Commissioner of The Northern League and a majority of the Board of Directors.

2. <u>Letter of Credit.</u> Each member of the League must deposit with the Commissioner, not later than October 1st, a letter of credit drawn upon a financial institution approved by the League in the amount of $150,000 guaranteeing the payment of any obligation due by the club to its players, the League, vendors and the general public and as a guarantee against the violation of any provisions of this Constitution, rules, or contracts made in respect to its operation. The letter of credit shall remain in full force and effect during the club's operation as a member of the League. The requirement may be waived by the League Commissioner after evidence of proper operation and timely payment of obligations.

3. <u>Vacancy in League Membership.</u> In the event a member of the league, during the baseball season, shall for any reason be unable or unwilling to continue with the satisfactory operation of the club, the Commissioner of the League shall have the authority to immediately take possession of the membership and players of said club and to transfer said membership and players, together with all the club's assets to any corporation, partnership or individual that he approves and will assume the operation of the club and discharge it's obligations.



EXHIBIT A

NORTHERN LEAGUE CONSTITUTION, page two

4. **Voluntary Termination.** If any club operating a membership in the League shall notify the Commissioner of the League in writing it will not operate its membership during the following season, then the Commissioner of the League shall place the membership with other parties or in another city approved by the Commissioner and Board of Directors. Title to all players on the roster of the terminating club shall rest in the League from the date of notice of termination.

5. **Membership Assignment.** The League has the authority to request in writing all facts and details of any proposed sale of membership herein, and if such request is made, the assignee and assignor shall furnish to the League such information before approval of the sale is considered.

6. **Automatic Termination of Membership.**

    (a) Each member shall notify in writing to the Commissioner of the League by October 1st of each year the financial status of said club.

    (b) The failure to pay any and all financial indebtedness owed and due by a member club shall constitute grounds for termination of this membership. Termination proceedings shall commence within fifteen (15) days of notice of such indebtedness.

7. **Terminating Membership.** Membership in the League may be terminated for the following reasons:

    (a) By resignation of any member duly accepted by the Commissioner of the League.

    (b) By willful failure to present its club at a time and a place agreed upon to play a championship game.

    (c) By allowing open betting or pool selling upon its premises or any building owned or occupied by it.

    (d) By offering, agreeing, conspiring or attempting to lose any game of baseball or failure to immediately expel from its team any player who shall be proven guilty of offering, agreeing, conspiring or attempting to lose any game of baseball or of being interested in any pool or wager thereon.

    (e) By failing or refusing to fulfill its contract obligations.

    (f) By willfully violating any provision of this constitution.

    (g) By disbanding its organization or team during the championship season or at any time during the life of its membership.

NORTHERN LEAGUE CONSTITUTION, page three

8. **Forfeiture or Alternative.** To carry into effect paragraph 7 of this Article, the following procedure shall be followed:

    (a) A hearing shall be held before the Commissioner of the League.

    (b) Within ten (10) days of such hearing a member may appeal to a committee composed of the remaining members of the League who, by a vote of two-thirds of the remaining membership, overrule the Commissioner.

    (c) In lieu of forfeiture of membership, the League may impose a fine or other penalty upon the offending member.

    (d) Any club failing to complete any season during the life of this contract, or which abandons its territory, shall forfeit all rights or claim to the membership it held at the time of such failure or abandonment, together with said club's interest in the contracts of all players under contract to it, all of said interests vesting immediately in The Northern League.

9. **Stockholders and Officers of Member Clubs.** By March 31st of each year, all member clubs of The Northern League must submit to the Commissioner of the League a complete list of stockholders, officers and other persons having a financial interest in each club. Changes thereafter made must be reported within ten (10) days after such change. The club's failing to make such a report on a timely basis may be subject to such fine or penalty as the Commissioner of the League may deem to be just and proper.

10. **Transfer of Stock Within Members Clubs.**

    (a) The League Commissioner shall be informed of any internal transfer of stock which must be approved by the League Commissioner. When an existing member club in The Northern League wishes to sell all or any portion of its stock to a third party, the club shall submit the name of the buyer and the number of shares they wish to purchase to the League Commissioner for approval. Approved internal transfer or sale to a third party shall result in a 10% commission to the league and after January 1, 1995 and until January 1, 2001 this commission shall be paid to the league organizer.

    (b) The League Commissioner shall reserve the right to also request any additional information that may be necessary regarding the internal transfer of stock.

11. **Expansion Clubs.** Expansion must be approved by the Commissioner of the League and a majority of the Board of Directors. When an expansion club wishes to join The Northern League the following must be submitted to the League Commissioner:

(a) A list of all controlling stockholders and the number of shares held by each.

(b) A financial statement of each stockholder.

(c) A copy of a proposed lease agreement with the city in which the new member will operate.

(d) Plans for securing ballplayers and proposed player contracts.

(e) A statement regarding the capitalization of the member.

(f) A proposed operating budget for one season.

### ARTICLE IV. MEETINGS

1. The Annual Meeting of the League shall be following the playing season each year at such hour and place as the League Commissioner may determine.

2. Each club shall bear the expense of its own representatives at such meetings.

### ARTICLE V. OPERATING ACCOUNT

1. All funds derived by the League from any source shall be combined in an account under the name of The Northern League and deposited in a bank designated by the Commissioner. All expenses of the League shall be paid out of this account. It is specifically excluded that these funds be a membership fee paid by each member when it shall become a full member.

2. Each club shall remit and the Commissioner shall accept and deposit in this account each member's pro rata share of the League expenses as it may be determined from time to time by the Commissioner.

3. Any club which shall fail to pay its assessment and its pro rata of the expenses within ten (10) days from notice of assessment shall be charged interest at the rate of 1 1/2% per month until such assessment is paid in full.

### ARTICLE VI. PLAYING RULES

The playing rules shall be the official rules of organized baseball except as they may be changed in writing by the Commissioner of the League prior to the commencement of the season.

### ARTICLE VII. LOGOS AND TRADEMARKS

The League shall have all right, title and interest in any logos, trademarks, service marks, souvenirs and other items bearing the League insignia.

## SALE OF NORTHERN LEAGUE MEMBERSHIPS

Article III., Section 5, Membership Assignment of the Northern League Constitution states that "The League has the authority to request in writing all facts and details of any proposed sale of membership herein, and if such request is made, the assignee and assignor shall furnish to the League such information before approval of the sale is considered."

The following information shall be requested:

1. Percentage of ownership and brief biography of all proposed owners. If the amount of stock exceeds 6%, the league shall request a personal financial statement of the investor or the statement from a CPA that the net worth of the potential investor exceeds $1 million. The league has the right to request further information and conduct a background check as necessary.

2. A copy of the sales contract.

3. A letter of credit for $150,000 or its equivalent as stated in Article III., Section 2 of the Constitution.

Ability to provide Items 1-3 does not guarantee acceptance. Other factors such as business sense, financial stability and the ability to succeed in the Northern League will be considered. Character, reputation and the image that will be brought to the league are important. The Northern League is composed of eight equal partners, and a cooperative attitude and ability to work with the partners is important.

All information on proposed owners is submitted to the Financial Committee for review and to league members as requested. Ownership change shall be voted on by the entire league and must be approved by a 2/3 vote of the members. This vote should be taken at a regular league meeting but may be conducted by conference call at the discretion of the Financial Committee and League Commissioner. If a special meeting is needed, expenses of the meeting shall be borne by the selling club.

In addition Article III., Section 10(a), provides that a 10% commission shall be paid to the league for a sale to a third party.