# **EXHIBIT D**

## Settlement and Mutual Release

Whereas, P. Daniel Orlich is the sole owner of Northern League in Edmonton, Inc. and has been since paying the required fees to the league in April 2004, and, whereas, he signed an agreement described as Northern League, Inc. Expansion Rights and Stock Purchase Agreement on behalf of his corporation that is dated April 10th, 2005. And,

Whereas, there is a dispute over the proper interpretation of the agreement, the substance of the negotiation leading to agreement's signing, and the execution of the contract by the parties to the agreement and that dispute has lead to protracted negotiations tending to a settlement of all matters relating to the negotiation, interpretation and execution of Mr. Orlich's company's agreement to play baseball as a member of the Northern League, which settlement is detailed below. The parties to the contract, being the Northern League Inc., a South Dakota Corporation, and the seven other teams that play baseball as part of the Northern League, Inc., who are listed below, and Mr. Orlich for the Edmonton Club, enter into this settlement and mutual release as of this 8th day of December, 2006.

### Settlement

As settlement of all claims relating to the negotiation, interpretation and execution of the Northern League, Inc. Expansion Rights and Stock Purchase Agreement, Fargo-Moorhead, Gary, Joliet, Kansas City, Schaumburg and Winnipeg teams agree to pay $200,000 into the league treasury to be used as follows:

Payment to Edmonton: The league shall then pay $35,000 USD (thirty five thousand US dollars) as damages to Edmonton, to compensate it for revenue not received from the distribution of expansion revenues from the addition of the Calgary team to the league in 2004 and dues reduction for the 2005 season.

The remaining funds, totaling $165,000, shall remain in the league treasury to be used as a reserve fund that shall be used to pay league expenses on an ongoing basis as agreed to from time to time by the Directors.

Payment by Edmonton: Edmonton shall pay $50,000 as its contractually obligated travel subsidy to the league that was due at the beginning of the 2006 baseball season.

Timing of payments: The league's payment to Edmonton and Edmonton's payment to the league shall be made before December 15, 2006. The $165,000 shall be paid into the league incrementally as additions to league dues payments beginning with the second scheduled dues payment and continuing through the fourth scheduled dues payment during 2007. The amount of extra dues paid by each team other than Edmonton and Calgary shall be $9166.67, which shall be added to the periodic dues owed the league according to the schedule set by the leagues Directors.

### Mutual Release

Northern League in Edmonton, Inc. its owner and his wife, their heirs, other relatives, assigns, executives, employees, creditors, land lords, and anyone else related to or associated with that company or to P. Daniel Orlich shall release, hold harmless, and agree to indemnify the league, its owners, directors, officers, employees, vendors, licensees, and all others who may now and in the future have a relationship with the league regardless of its nature or purpose from any claim relating in any way to the negotiation, interpretation or execution of the Northern League, Inc. Expansion Rights and Stock Purchase Agreement of April 10, 2005 that describes the relationship between the league and Edmonton.

The League shall release and agree to indemnify Northern League in Edmonton, its owner, P. Daniel Orlich, his wife, heirs, other relatives, assigns, executives, employees, creditors, land lords, and anyone else related to or associated with that company from any claims that relate to the negotiation, interpretation, and execution of that certain contract as well.

Page 1 of 2 Mutual Release


EXHIBIT D

Covenants: All parties agree that they have continuing obligations to each other and the league and that these obligations require that each follow the rules as described in the league's By Laws and Constitution and adheres to their agreements going forward and that this Settlement and Mutual Release cannot be asserted as a defense to future breaches of those agreements whether those agreements are with the league or others related to the operation of Northern League baseball teams.

It is essential to the operation of the league that this covenant be adhered to so that the members of the league can enjoy the benefits of mutual support that is essential to the successful operation of the league.

Executed on this 8th Day of December, 2006, at Orlando, Florida by:

_____
P. Daniel Orlich for Northern League in Edmonton, Inc.

_____
Jeff Gidney for the Calgary Vipers

_____
Bruce Thom for the Fargo Moorhead Redhawks

_____
Mike Tatoian for the Gary South Shore Railcats

_____
John Costello for the Joliet Jackhammers

_____
John Ehlert for the Kansas City T-Bones

_____
Rich Ehrenreich for the Schaumburg Flyers

_____
Sam Katz for the Winnipeg Goldeyes

_____
James Weigel, for the Northern League

Page 2 of 2 Mutual Release