# **EXHIBIT E**

(SIGNATURES ATTACHED)
SCHAUMBURG
WINNIPEG
FARGO
KANSAS CITY
JOLIET
CALGARY
GARY/MORTON

## AGREEMENT OF EIGHT (8)
## NORTHERN LEAGUE TEAMS

WHEREAS, The Northern League, Inc., has recently received notice from four (4) teams, St. Paul, Lincoln, Sioux City, and Sioux Falls, that they terminated their membership in The Northern League; and

WHEREAS, the remaining eight (8) teams of The Northern League, Fargo-Moorhead; Gary Southshore, Joliet, Kansas City, Schaumburg, Winnipeg, Edmonton, and Calgary (hereafter the "Teams"), desire to continue the business of The Northern League; and

WHEREAS, the Teams desire to enter into an agreement among themselves regarding the voluntary termination of any of the Teams from The Northern League, which agreement will be binding and enforceable on each of the Teams without regard to the terms and conditions of the Northern League Constitution or other corporate documents, and without regard to any legal decision or opinion that may be rendered at any time regarding legal status of The Northern League, Inc.; and

IT IS THEREFORE AGREED AS FOLLOWS:

1.    Any Team that voluntary terminates its membership in the Northern League for any reason shall reimburse the remaining Teams for all damages caused by such departure. It is acknowledged that the exact amount of the damages suffered by the remaining Teams will be difficult to prove or ascertain, and therefore, the terminating Team shall pay to the remaining Teams., as liquidated damages the sum of $2,000,000 (USD) or the Current Membership Expansion Fee, which ever is greater. This liquidated damage payment shall be made in equal shares to the remaining Teams, and it shall be made within seven (7) calendar days from the date the Termination Notice is submitted to The Northern League; and

-1-



EXHIBIT
E

2.    The terms and conditions of paragraph 1 immediately above may be altered or amended only by a unanimous vote of the Teams, or those remaining Teams in the event one or more of the Teams ceases to be a Member of The Northern League.

3.    This Agreement is effective as of October 7, 2005.

4.    This Agreement may be executed in multiple originals via facsimile signatures.

5.    This Agreement may be enforced against any Team, successor-in-interest, or new entity formed by the owners of a substantial amount of that Team's legal or equitable interests.

FARGO-MOORHEAD                          GARY SOUTHSHORE
By:_____            By: _____

    Its:_____               Its: _____


JOLIET                                   KANSAS CITY
By:_____            By: _____
    Its:_____               Its: _____


SCHAUMBURG                               WINNIPEG
By:_____            By: _____
    Its:_____               Its: _____


EDMONTON                                 CALGARY
By:_____            By: _____
    Its:_____               Its: _____

K:\Northern League\Culpepper Deal\Northern Agreement.doc

-2-

ĐĬ□à¦±□á>□þ♀
□□<□>□þ♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀♀
□□ŏ□¸□Q□}□ÛhþbjĴĨ˙Ĩ˙ □□/˝Œ¸Œ¸┃ □♀♀/♀♀□♀♀□~˙æ æ æ æ æ □û
ž□ž□ž□B□□□δ□□ŭ ¼-□□□□(B□□X□X□X□X□X□X□`-□b-b-b-b-b-×˙R□)Inb-
□æ X□X□X□X□X□b-æ æ X□X□w-□˙□˙□˙□X□& X□æ X□˙-˙□X□˙-
˙□˙□ŽŪ˙*˙□æ æ δ+X□□□ δ˙;Ħ¸ĔÂ□ž□n□:-+□D-□□-□½-¼+4—1˝□Š□—1 δ+û ú æ/
æ æ æ —1æ δ+T□X□X□˙□X□X□X□X□X□b-b-û ú ˙□ž□2□x□û ú
žUUUUAGREEMENT OF EIGHT (8) NORTHERN LEAGUE TEAMS WHEREAS,
The Northern League, Inc., has recently received notice from four (4) teams, St. Paul,
Lincoln, Sioux City, and Sioux Falls, that they terminated their membership in The
Northern League; and WHEREAS, the remaining eight (8) teams of The Northern
League, Fargo-Moorhead, Gary Southshore, Joliet, Kansas City, Schaumburg, Winnipeg,
Edmonton, and Calgary (hereafter the "Teams"), desire to continue the business of The
Northern League; and WHEREAS, the Teams desire to enter into an agreement among
themselves regarding the voluntary termination of any of the Teams from The Northern
League, which agreement will be binding and enforceable on each of the Teams without
regard to the terms and conditions of the Northern League Constitution or other corporate
documents, and without regard to any legal decision or opinion that may be rendered at
any time regarding legal status of The Northern League, Inc.; and IT IS THEREFORE
AGREED AS FOLLOWS: 1. Any Team that voluntary terminates its membership in the
Northern League for any reason shall reimburse the remaining Teams for all damages
caused by such departure. It is acknowledged that the exact amount of the damages
suffered by the remaining Teams will be difficult to prove or ascertain, and therefore, the
terminating Team shall pay to the remaining Teams, as liquidated damages the sum of
$2,000,000 (USD) or the Current Membership Expansion Fee, which ever is greater. This
liquidated damage payment shall be made in equal shares to the remaining Teams, and it
shall be made within seven (7) calendar days from the date the Termination Notice is
submitted to The Northern League; and 2. The terms and conditions of paragraph 1
immediately above may be altered or amended only by a unanimous vote of the Teams,
or those remaining Teams in the event one or more of the Teams ceases to be a Member
of The Northern League. 3. This Agreement is effective as of October 7, 2005. 4. This
Agreement may be executed in multiple originals via facsimile signatures. 5. This
Agreement may be enforced against any Team, successor-in-interest, or new entity
formed by the owners of a substantial amount of that Team's legal or equitable interests.
Fargo-Moorhead Gary Southshore By:_____ By:_____
_____ Its:_____ Its:_____
Joliet Kansas City By:_____ By:_____
_____ Its:_____ Its:_____
Schaumburg Winnipeg By:_____
By:_____ Its:_____ Its:_____
Edmonton Calgary By:_____ By:_____
_____ Its:_____ Its:_____
□ FILENAME \p □□ FILENAME \p □K:\Northern
League\Corporate Docs\Members Agreement.doc□ □ -□ PAGE □3□-

2.      The terms and conditions of paragraph 1 immediately above may be altered or amended only by a unanimous vote of the Teams, or those remaining Teams in the event one or more of the Teams ceases to be a Member of The Northern League.

3.      This Agreement is effective as of October 7, 2005.

4.      This Agreement may be executed in multiple originals via facsimile signatures.

5.      This Agreement may be enforced against any Team, successor-in-interest, or new entity formed by the owners of a substantial amount of that Team's legal or equitable interests.

FARGO-MOORHEAD                          GARY SOUTHSHORE
    By:_____              By: _____

      Its:_____              Its: _____


JOLIET                                   KANSAS CITY
    By:_____              By: _____

      Its:_____              Its: _____


SCHAUMBURG                               WINNIPEG
    By:_____              By: _____

      Its:_____              Its: _____


EDMONTON                                 CALGARY
    By: _[signature]_____              By: _____

      Its: _President_____              Its: _____


-2-