IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE NORTHERN LEAGUE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 C 6585 |
| ) | Honorable Samuel Der-Yeghiayan |
| JEFFREY EARL GIDNEY and P. DANIEL ) | Magistrate Judge Mason |
| ORLICH ) | |
| ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW BY ANDREW STAES, STEPHEN SCALLAN, AND JOSHUA J. WHITESIDE AS COUNSEL FOR DEFENDANTS, JEFFREY EARL GIDNEY AND P. DANIEL ORLICH**

Pursuant to Rule 1.16(b) of the Illinois Rules of Professional Conduct, Andrew Staes, Stephen Scallan, and Joshua J. Whiteside hereby move to withdraw as counsel for Defendants, Jeffrey Earl Gidney And P. Daniel Orlich, and in support thereof, state as follows:

1. The undersigned counsel were retained by Jeffrey Earl Gidney and P. Daniel Orlich to represent their interests in the instant litigation.

2. The undersigned counsel have diligently represented Jeffrey Earl Gidney and P. Daniel Orlich throughout the proceedings.

3. The undersigned, however, have experienced irreconcilable differences with the clients, who have instructed the undersigned to proceed no further on their behalf.

4. Accordingly, the undersigned request pursuant to Rule 1.16(b) of the Illinois Rules of Professional Conduct, leave to withdraw as counsel for Jeffrey Earl Gidney and P. Daniel Orlich.

WHEREFORE, Andrew Staes, Stephen Scallan, and Joshua J. Whiteside respectfully request leave to withdraw as counsel for Defendants, Jeffrey Earl Gidney and P. Daniel Orlich.

Respectfully submitted,

_____
ANDREW STAES

_____
STEPHEN SCALLAN

_____
JOSHUA J. WHITESIDE

STAES & SCALLAN, P.C.
111 W. Washington Street
Suite 1310
Chicago, Illinois 60602
(312) 201-8969
Atty No.: 43378

## CERTIFICATE OF SERVICE

I, Andrew Staes, an attorney, hereby certify that I served the foregoing Motion to Withdraw by Andrew Staes, Stephen Scallan, and Joshua J. Whiteside to be served upon the following persons:

Mr. William Goldberg
SEYFARTH SHAW, LLP
131 S. Dearborn Street
Suite #2400
Chicago, IL 60603
*Electronically and via U.S. Mail*

Mr. P. Daniel Orlich
5150 North Ocean Drive
#2201
Riviera Beach, FL 34106
*Via U.S. Mail and Certified Mail – Return Receipt Requested*

Mr. Jeffrey Earl Gidney
c/o The Calgary Vipers
2255 Crowchild Trail NW
Calgary Alberta T2M4S7
Canada
*Via U.S. Mail and Certified Mail – Return Receipt Requested*

on February 26, 2008.

ANDREW STAES