IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE NORTHERN LEAUGUE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No: 07 C 6585 |
| JEFFREY EARL GIDNEY and P. DANIEL ) | |
| ORLICH ) | Judge Der-Yeghiayan |
| ) | Magistrate Judge Mason |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## NOTICE OF MOTION

To: Mr. William Goldberg
SEYFARTH SHAW
131 S. Dearborn Street
Suite #2400
Chicago, Illinois 60602

Please take notice that on Tuesday, March 4, 2008 at 9:00 a.m., the undersigned shall appear before the Honorable Samuel Der-Yeghiayan, 219 S. Dearborn Street, Courtroom 1903, and present Motion To Withdraw By Andrew Staes, Stephen Scallan, And Joshua J. Whiteside As Counsel For Defendants, Jeffrey Earl Gidney And P. Daniel Orlich.

_/s/ Andrew Staes_
ANDREW STAES

Andrew T. Staes
Stephen D. Scallan
STAES & SCALLAN, P.C.
111 W. Washington Street
Suite #1631
Chicago, Illinois 60602
(312) 201-8969

## CERTIFICATE OF SERVICE

I, Andrew Staes, an attorney, hereby certify that I served the foregoing Notice Of Motion to be served upon the following persons:

Mr. William Goldberg
SEYFARTH SHAW, LLP
131 S. Dearborn Street
Suite #2400
Chicago, IL 60603
*Electronically and via U.S. Mail*

Mr. P. Daniel Orlich
5150 North Ocean Drive
#2201
Riviera Beach, FL 34106
*Via U.S. Mail and Certified Mail – Return Receipt Requested*

Mr. Jeffrey Earl Gidney
c/o The Calgary Vipers
2255 Crowchild Trail NW
Calgary Alberta T2M4S7
Canada
*Via U.S. Mail and Certified Mail – Return Receipt Requested*

on February 26, 2008.

_____
ANDREW STAES