IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE NORTHERN LEAGUE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No: 07 C 6585 |
| JEFFREY EARL GIDNEY and P. DANIEL ORLICH, | ) ) | |
| | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF EMERGENCY MOTION

To   William Goldberg
     Seyfarth & Shaw
     131 S. Dearborn Street
     Chicago, IL

Please take notice that on March 4, 2008 at 9:00 a.m., the undersigned shall appear before Judge Der-Yeghiayan on Defendants Emergency Motion to Modify or Vacate the Court's Order of March 3, 2008, a copy of which is being contemporaneously served on you electronically.

ANDREW STAES
STEPHEN SCALLAN

STAES & SCALLAN P.C.
111 West Washington St.
Chicago, IL 60602
(312) 201-8969

### Certificate of Service

The undersigned hereby certifies that he has caused a copy of the foregoing notice of emergency motion to be served electronically upon William Goldberg on March 3, 2008.

Andrew Staes