## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6585 | **DATE** | 3/4/2008 |
| **CASE TITLE** | Northern League vs. Gidney, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Defendants Jeffery Earl Gidney and P. Daniel Orlich's emergency motion to vacate or modify the Court's order of 03/03/08 [28] is denied.

■[ For further details see text below.]          Docketing to mail notices.

**STATEMENT**

     This matter is before the court on Defendants Jeffrey Earl Gidney's and P. Daniel Orlich's emergency motion to vacate or modify this court's order of March 3, 2008. First, we note that this is not an emergency motion and was improperly noticed as such. Second, a motion to reconsider must show why the court made an error. Defendants have failed to show that the court's order of March 3, 2008, was entered in error. After reviewing the removal in this case, the court found that the removal was improper since Defendants failed to establish diversity jurisdiction. *See Guaranty National Title Company, Inc. v. J.E.G. Associates.*, 101 F.3d 57, 58-59 (7th Cir. 1996)(finding that "when the parties allege residence but not citizenship the court must dismiss the suit"). Notwithstanding arguments to the contrary by Defendants, this matter was improperly removed at the time of the removal and the parties cannot confer federal subject matter jurisdiction on the court. *Shapo v. Engle*, 463 F.3d 641, 645 (7th Cir. 2006). Defendants' motion is denied.