UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE NORTHERN LEAGUE, INC., JOLIET PROFESSIONAL BASEBALL CLUB, LLC, SCHAUMBURG PROFESSIONAL BASEBALL LLC, FARGO BASEBALL LLC, SOUTHSHORE BASEBALL, LLC, KANSAS CITY T-BONES, LLC and WINNIPEG GOLDEYES BASEBALL CLUB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY EARL GIDNEY, and P. DANIEL ORLICH, J.E. GIDNEY HOLDINGS, INC. and THE NORTHING LEAGUE IN EDMONTON, INC. <br><br> Defendants. | Case No.: 07 C 6585 <br> Judge: Der-Yeghiayan <br> Magistrate Judge: Mason |

## NOTICE OF APPEAL

Notice is hereby given that Jeffrey Earl Gidney and P. Daniel Orlich hereby appeal to the United States Court of Appeals for the Seventh Circuit from the United States District Court's March 3, 2008 order (Docket No. 27) and March 4, 2008 order (Docket No. 30), remanding the case to the Circuit Court of Cook County. Concurrent with the filing of the appeal, Mr. Gidney and Mr. Orlich shall be filing a petition for a writ of mandamus pursuant to Fed.R.App.Pro. 21.

_____
ANDREW STAES

_____
STEPHEN SCALLAN

STAES & SCALLAN, P.C.
111 W. Washington
Suite 1631
Chicago, IL 60602
(312) 201-8969