UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE NORTHERN LEAGUE, INC., JOLIET PROFESSIONAL BASEBALL CLUB, LLC, SCHAUMBURG PROFESSIONAL BASEBALL LLC, FARGO BASEBALL LLC, SOUTHSHORE BASEBALL, LLC, KANSAS CITY T-BONES, LLC and WINNIPEG GOLDEYES BASEBALL CLUB, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY EARL GIDNEY, and P. DANIEL ORLICH, J.E. GIDNEY HOLDINGS, INC. and THE NORTHING LEAGUE IN EDMONTON, INC. <br><br> Defendants. | Case No.: 07 C 6585 <br> Judge: Der-Yeghiayan <br> Magistrate Judge: Mason |

## NOTICE OF APPEAL

Notice is hereby given that Jeffrey Earl Gidney and P. Daniel Orlich hereby appeal to the United States Court of Appeals for the Seventh Circuit from the United States District Court's March 3, 2008 order (Docket No. 27) and March 4, 2008 order (Docket No. 30), remanding the case to the Circuit Court of Cook County. Concurrent with the filing of the appeal, Mr. Gidney and Mr. Orlich shall be filing a petition for a writ of mandamus pursuant to Fed.R.App.Pro. 21.

_____
ANDREW STAES

_____
STEPHEN SCALLAN

STAES & SCALLAN, P.C.
111 W. Washington
Suite 1631
Chicago, IL 60602
(312) 201-8969

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07 cv 6585

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| The Northern League/appellee | | Gidney/appellant |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | William I. Goldberg | Name | Andrew T. Staes |
| Firm | Seyfarth Shaw LLP | Firm | Staes & Scallan |
| Address | 131 S. Dearborn Suite 2400 Chgo.Il. 60603-5577 | Address | 111 W. Washington Suite 1631 Chgo.Il. 60602 |
| Phone | 312) 460-7000 | Phone | 312)201-8969 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Der-Yeghiayan | Date Filed in District Court | 11/21/07 |
| Court Reporter | L. LaCien   408-5032 | Date of Judgment | 3/3/08, 3/5/08 |
| Nature of Suit Code | 190 | Date of Notice of Appeal | |

COUNSEL:   Appointed [ ]   Retained [X]   Pro Se [ ]

FEE STATUS:   Paid [X]   Due [ ]   IFP [ ]

IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6585 | **DATE** | 3/3/2008 |
| **CASE TITLE** | The Northern League, Inc., et al. vs. Jeffery Earl Gidney, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, the instant action is hereby ordered remanded to the Circuit Court of Cook County (07 CH 30842). All prior orders and filings are stricken. All pending dates are hereby stricken as moot. All pending motions are hereby denied as moot without prejudice. Civil case terminated.

■[ For further details see text below.]                                                                 Docketing to mail notices.

### STATEMENT

The court is under an obligation to "independently determine" whether there is proper subject matter jurisdiction in an action brought before it. *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 533 (7th Cir. 2007); *see also Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003)(stating that a district court judge should not accept "jurisdictional allegations at face value"). In an action that is removed from state court, the removing party must file a notice of removal which contains a statement of the grounds for removal. 28 U.S.C. § 1446(a). If diversity of citizenship jurisdiction is the basis for removal, the removing party must allege the citizenship of each party in the action. *Thomas*, 487 F.3d at 533 (stating that "a naked declaration that there is diversity of citizenship is never sufficient").

The instant action was filed in state court by Plaintiff The Northern League, Inc. ("Northern League") against Defendants Gidney and Orlich. Gidney and Orlich removed the matter to this court and filed a notice of removal. Our review of the notice of removal reflects that it did not properly allege the citizenship of the parties. The notice of removal filed by Gidney and Orlich stated only that Gidney is a "resident of Winnipeg, Manitoba, Canada" and that Orlich "is a resident of Riviera Beach, Florida." (Not. Rem. Par. 4). Diversity of citizenship cannot be established by merely alleging the residency of the parties, since it is not

## STATEMENT

diversity of residency that establishes jurisdiction, but rather diversity of citizenship. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002)(stating that "residence and citizenship are not synonyms and it is the latter that matters for the purposes of diversity jurisdiction"). The notice of removal also failed to properly allege the citizenship of the Northern League, stating only that the Northern League is "a South Dakota corporation" which "maintains offices in Minneapolis, Minnesota and Soquel, California." (Not. Rem. Par. 4). A corporation is not a citizen of a state where it maintains offices, but is rather a citizen of the state where it is incorporated and the state of its principal place of business. 28 U.S.C. § 1332(c). The notice of removal did not allege the state of Northern League's principle place of business. Thus, the notice of removal was defective in this case and this court lacks subject matter jurisdiction. Therefore, this matter is remanded to state court. All prior orders and filings are stricken. All pending motions are denied as moot without prejudice.

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6585 | **DATE** | 3/4/2008 |
| **CASE TITLE** | Northern League vs. Gidney, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Defendants Jeffery Earl Gidney and P. Daniel Orlich's emergency motion to vacate or modify the Court's order of 03/03/08 [28] is denied.

■[ For further details see text below.]      Docketing to mail notices.

### STATEMENT

     This matter is before the court on Defendants Jeffrey Earl Gidney's and P. Daniel Orlich's emergency motion to vacate or modify this court's order of March 3, 2008. First, we note that this is not an emergency motion and was improperly noticed as such. Second, a motion to reconsider must show why the court made an error. Defendants have failed to show that the court's order of March 3, 2008, was entered in error. After reviewing the removal in this case, the court found that the removal was improper since Defendants failed to establish diversity jurisdiction. *See Guaranty National Title Company, Inc. v. J.E.G. Associates.*, 101 F.3d 57, 58-59 (7th Cir. 1996)(finding that "when the parties allege residence but not citizenship the court must dismiss the suit"). Notwithstanding arguments to the contrary by Defendants, this matter was improperly removed at the time of the removal and the parties cannot confer federal subject matter jurisdiction on the court. *Shapo v. Engle*, 463 F.3d 641, 645 (7th Cir. 2006). Defendants' motion is denied.

APPEAL, MASON, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:07-cv-06585
# Internal Use Only

The Northern League, Inc. v. Gidney et al
Assigned to: Honorable Samuel Der-Yeghiayan
Case in other court: Circuit Court of Cook County, 07 CH 30842

Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 11/21/2007
Date Terminated: 03/03/2008
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**The Northern League, Inc.**   represented by **William I. Goldberg**
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7000
Email: wgoldberg@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Shawn Wood**
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7000
Email: swood@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joliet Professional Baseball Club, LLC**   represented by **William I. Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Schaumburg Professional Baseball LLC**    represented by **William I. Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fargo Baseball, LLC**    represented by **William I. Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southshore Baseball, LLC**    represented by **William I. Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kansas City T-Bones, LLC**    represented by **William I. Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Winnipeg Goldeyes Baseball Club, Inc.**    represented by **William I. Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jeffery Earl Gidney**    represented by **Andrew Theodore Staes**
Staes & Scallan P.C.
111 West Washington Street
Suite 1631
Chicago, IL 60602
(312) 201-8969

Email: andrewstaes@covad.net
*ATTORNEY TO BE NOTICED*

**Joshua James Whiteside**
Staes & Scallan, P.C.
111 West Washington Street
Suite 1631
Chicago, IL 60602
(312) 201-8969
Fax: (312) 201-9233
Email: joshwhiteside@staesandscallan.com
*ATTORNEY TO BE NOTICED*

**Stephen David Scallan**
Staes & Scallan P.C.
111 West Washington Street
Suite 1631
Chicago, IL 60602
(312) 201-8969
Email: stevescallan@covad.net
*ATTORNEY TO BE NOTICED*

**Defendant**

P. Daniel Orlich            represented by   **Andrew Theodore Staes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua James Whiteside**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen David Scallan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.E. Gidney Holdings, Inc.**

**Defendant**

**The Northern League in Edmonton, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2007 | 1 | NOTICE of Removal with copy of Complaint and Summons from Circuit Court of Cook County, case number (07 CH 30842) filed by P. Daniel Orlich. Filing fee $ 350. (Poor Quality Original- Paper Documents on File) (ef, ) (vcf, ). (Entered: 11/26/2007) |
| 11/21/2007 | 2 | CIVIL Cover Sheet. (ef, ) (Entered: 11/26/2007) |
| 11/21/2007 | 3 | (Court only) RECEIPT regarding payment of filing fee paid on 11/21/2007 in the amount of $350.00, receipt number 10651066. (ef, ) (Entered: 11/26/2007) |
| 11/26/2007 | 4 | ATTORNEY Appearance for Defendant P. Daniel Orlich by Andrew Theodore Staes (Staes, Andrew) (Entered: 11/26/2007) |
| 11/26/2007 |  | MAILED Notice of Removal Letter to Plaintiff's Counsel. (ef, ) (Entered: 11/26/2007) |
| 11/26/2007 | 5 | ATTORNEY Appearance for Defendant P. Daniel Orlich by Stephen David Scallan (Scallan, Stephen) (Entered: 11/26/2007) |
| 11/26/2007 | 6 | ATTORNEY Appearance for Defendant P. Daniel Orlich by Joshua James Whiteside (Whiteside, Joshua) (Entered: 11/26/2007) |
| 11/26/2007 | 7 | ATTORNEY Appearance for Defendant Jeffery Earl Gidney by Andrew Theodore Staes (Staes, Andrew) (Entered: 11/26/2007) |
| 11/26/2007 | 8 | ATTORNEY Appearance for Defendant Jeffery Earl Gidney by Stephen David Scallan (Scallan, Stephen) (Entered: 11/26/2007) |
| 11/26/2007 | 9 | ATTORNEY Appearance for Defendant Jeffery Earl Gidney by Joshua James Whiteside (Whiteside, Joshua) (Entered: 11/26/2007) |
| 11/26/2007 | 10 | MOTION by Defendants Jeffery Earl Gidney, P. Daniel Orlich for extension of time (Scallan, Stephen) (Entered: 11/26/2007) |
| 11/26/2007 | 11 | NOTICE of Motion by Stephen David Scallan for presentment of extension of time **10** before Honorable Samuel Der-Yeghiayan on 11/29/2007 at 09:00 AM. (Scallan, Stephen) (Entered: 11/26/2007) |
| 11/27/2007 | 12 | MOTION by Defendants Jeffery Earl Gidney, P. Daniel Orlich for extension of time *Amended* (Scallan, Stephen) (Entered: 11/27/2007) |
| 11/28/2007 | 13 | JURY Demand by Jeffery Earl Gidney, P. Daniel Orlich (Scallan, Stephen) (Entered: 11/28/2007) |
| 11/28/2007 | 14 | ATTORNEY Appearance for Plaintiff The Northern League, Inc. by William I. Goldberg (Goldberg, William) (Entered: 11/28/2007) |
| 11/29/2007 | 15 | MINUTE entry before Judge Samuel Der-Yeghiayan: Defendants' agreed motions for an extension of time **10**, **12** to respond to plaintiff's complaint are granted. Defendants to answer or otherwise plead to the complaint by 12/10/2007. Status hearing set for 1/9/2008 at 9:00 A.M. |

| | | |
|---|---|---|
| | | Mailed notice by judge's staff. (srb,) (Entered: 11/29/2007) |
| 12/10/2007 | **16** | MOTION by Defendants Jeffery Earl Gidney, P. Daniel Orlich to dismiss (Scallan, Stephen) (Entered: 12/10/2007) |
| 12/10/2007 | **17** | NOTICE of Motion by Stephen David Scallan for presentment of motion to dismiss **16** before Honorable Samuel Der-Yeghiayan on 12/18/2007 at 09:00 AM. (Scallan, Stephen) (Entered: 12/10/2007) |
| 12/17/2007 | **18** | MINUTE entry before Judge Samuel Der-Yeghiayan : Defendants' motion to dismiss **16** is entered and continued. Plaintiff's response shall be filed by 01/11/08 and Defendants' reply shall be filed by 01/18/08. Status hearing reset to 02/27/08 at 9:00 a.m. Status hearing set for 01/09/08 is stricken. Mailed notice (mw, ) (Entered: 12/17/2007) |
| 01/04/2008 | **19** | MOTION by Plaintiff The Northern League, Inc. for extension of time to file response/reply as to motion to dismiss **16** (Goldberg, William) (Entered: 01/04/2008) |
| 01/04/2008 | **20** | NOTICE of Motion by William I. Goldberg for presentment of motion for extension of time to file response/reply, motion for relief **19** before Honorable Samuel Der-Yeghiayan on 1/10/2008 at 09:00 AM. (Goldberg, William) (Entered: 01/04/2008) |
| 01/10/2008 | **21** | MINUTE entry before Judge Samuel Der-Yeghiayan : Plaintiff's motion for extension of time to respond to Defendants' motion to dismiss **19** is granted as follows: Defendants' motion to dismiss **16** is hereby denied without prejudice. Defendants' responsive pleading to Plaintiff's complaint is stayed until further order of the Court. Status hearing reset to 02/21/08 at 9:00 a.m Status hearing set for 02/27/08 is stricken. Mailed notice (mw, ) (Entered: 01/10/2008) |
| 02/21/2008 | **22** | MINUTE entry before Judge Samuel Der-Yeghiayan : Status hearing held and continued to 03/25/08 at 9:00 a.m. As stated on the record, Plaintiff shall file its amended complaint by 02/25/08. Defendants to answer or otherwise plead to Plaintiff's amended complaint by 03/21/08. Mailed notice (mw, ) (Entered: 02/21/2008) |
| 02/25/2008 | **23** | AMENDED complaint by Joliet Professional Baseball Club, LLC, Schaumburg Professional Baseball LLC, Fargo Baseball, LLC, Southshore Baseball, LLC, Kansas City T-Bones, LLC, Winnipeg Goldeyes Baseball Club, Inc., The Northern League, Inc. against J.E. Gidney Holdings, Inc., The Northern League in Edmonton, Inc., Jeffery Earl Gidney, P. Daniel Orlich (Attachments: # **1** Exhibit A# **2** Exhibit B# **3** Exhibit C# **4** Exhibit D# **5** Exhibit E)(Goldberg, William) (Entered: 02/25/2008) |
| 02/26/2008 | **24** | MOTION by counsel for Defendants Jeffery Earl Gidney, P. Daniel Orlich to withdraw as attorney *By Andrew Staes, Stephen Scallan And Joshua J. Whiteside* (Staes, Andrew) (Entered: 02/26/2008) |
| 02/26/2008 | **25** | NOTICE of Motion by Andrew Theodore Staes for presentment of |

|  |  |  |
|---|---|---|
|  |  | motion to withdraw as attorney**24** before Honorable Samuel Der-Yeghiayan on 3/4/2008 at 09:00 AM. (Staes, Andrew) (Entered: 02/26/2008) |
| 02/28/2008 | **26** | SUMMONS Issued as to Defendants J.E. Gidney Holdings, Inc., The Northern League in Edmonton, Inc. (gmr, ) (Entered: 02/29/2008) |
| 03/03/2008 | **27** | MINUTE entry before Judge Samuel Der-Yeghiayan :For the reasons stated below, the instant action is hereby ordered remanded to the Circuit Court of Cook County (07 CH 30842). All prior orders and filings are stricken. All pending dates are hereby stricken as moot. All pending motions are hereby denied as moot without prejudice. Civil case terminated. Mailed notice (rp, ) (Entered: 03/03/2008) |
| 03/03/2008 |  | MAILED remand letter to Circuit Court of Cook County. (rp, ) (Entered: 03/03/2008) |
| 03/03/2008 | **28** | MOTION by Defendants Jeffery Earl Gidney, P. Daniel Orlich to vacate *or Modify Court's Order of March 3, 2008* (Attachments: # **1** Exhibit 1# **2** Exhibit 2# **3** Exhibit 3)(Whiteside, Joshua) (Entered: 03/03/2008) |
| 03/03/2008 | **29** | *Emergency* NOTICE of Motion by Joshua James Whiteside for presentment of motion to vacate**28** before Honorable Samuel Der-Yeghiayan on 3/4/2008 at 09:00 AM. (Whiteside, Joshua) (Entered: 03/03/2008) |
| 03/04/2008 | **30** | MINUTE entry before Judge Samuel Der-Yeghiayan :For the reasons stated below, Defendants Jeffery Earl Gidney and P. Daniel Orlich's emergency motion to vacate or modify the Court's order of 03/03/08 **28** is denied. Mailed notice (gmr, ) (Entered: 03/05/2008) |
| 03/06/2008 | **31** | NOTICE of appeal by Jeffery Earl Gidney, P. Daniel Orlich regarding orders **30**, **27** Filing fee $ 455, receipt number 2591908. (Staes, Andrew) (Entered: 03/06/2008) |
| 03/07/2008 | **32** | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 03/07/2008) |