**FILED**
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                 (312)435-5850

**J. N.**

**To:    District Court Clerk's Office**

**Re:    Notice of Docketing**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | 3/7/08 |
| Appellate Court No.: | 08-1554 |
| Short Caption: | Northern League Inc v. Gidney, Jeffrey |
| District Court Judge: | Judge Der-Yeghiayan |
| District Court No.: | 07 C 6585 |

If you have any questions regarding this appeal, please call this office.

**cc:    Court Reporter**