

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                312-435-5670

March 31, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: The Northern League, Inc. V. Gidney et al

U.S.D.C. DOCKET NO. : 07cv6585

U.S.C.A. DOCKET NO. : 08-1554

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)                    **1 Volume of Pleadings**

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                    Very truly yours,

                    Michael W. Dobbins, Clerk

                    By:_____
                      G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

In the cause entitled: The Northern League, Inc. V. Gidney et al
.

USDC NO.    : 07cv6585

USCA NO.    : 08-1554

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 31st day of March 2008.

        MICHAEL W. DOBBINS, CLERK


        By: _____
          G. Jones, Deputy Clerk

APPEAL, MASON, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06585
### Internal Use Only

The Northern League, Inc. v. Gidney et al
Assigned to: Honorable Samuel Der-Yeghiayan
Case in other court: 08-01554

Circuit Court of Cook County, 07 CH 30842

Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 11/21/2007
Date Terminated: 03/03/2008
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**The Northern League, Inc.**          represented by   **William I. Goldberg**
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7000
Email: wgoldberg@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Shawn Wood**
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577
(312) 460-5000
Fax: (312) 460-7000
Email: swood@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Joliet Professional Baseball Club, LLC** | represented by | **William I. Goldberg** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Schaumburg Professional Baseball LLC** | represented by | **William I. Goldberg** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Fargo Baseball, LLC** | represented by | **William I. Goldberg** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Southshore Baseball, LLC** | represented by | **William I. Goldberg** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kansas City T-Bones, LLC** | represented by | **William I. Goldberg** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Winnipeg Goldeyes Baseball Club, Inc.** | represented by | **William I. Goldberg** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Jeffery Earl Gidney** | represented by | **Andrew Theodore Staes** |

Staes & Scallan P.C.
111 West Washington Street
Suite 1631
Chicago, IL 60602
(312) 201-8969
Email: andrewstaes@covad.net
*ATTORNEY TO BE NOTICED*

**Joshua James Whiteside**
Staes & Scallan, P.C.
111 West Washington Street
Suite 1631
Chicago, IL 60602
(312) 201-8969
Fax: (312) 201-9233
Email: joshwhiteside@staesandscallan.com
*ATTORNEY TO BE NOTICED*

**Stephen David Scallan**
Staes & Scallan P.C.
111 West Washington Street
Suite 1631
Chicago, IL 60602
(312) 201-8969
Email: stevescallan@covad.net
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **P. Daniel Orlich** | represented by | **Andrew Theodore Staes** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua James Whiteside**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen David Scallan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.E. Gidney Holdings, Inc.**

**Defendant**

**The Northern League in Edmonton, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2007 | 1 | NOTICE of Removal with copy of Complaint and Summons from Circuit Court of Cook County, case number (07 CH 30842) filed by P. Daniel Orlich. Filing fee $ 350. (Poor Quality Original- Paper Documents on File) (ef, ) (vcf, ). (Entered: 11/26/2007) |
| 11/21/2007 | 2 | CIVIL Cover Sheet. (ef, ) (Entered: 11/26/2007) |
| 11/21/2007 | 3 | (Court only) RECEIPT regarding payment of filing fee paid on 11/21/2007 in the amount of $350.00, receipt number 10651066. (ef, ) (Entered: 11/26/2007) |
| 11/26/2007 | 4 | ATTORNEY Appearance for Defendant P. Daniel Orlich by Andrew Theodore Staes (Staes, Andrew) (Entered: 11/26/2007) |
| 11/26/2007 |   | MAILED Notice of Removal Letter to Plaintiff's Counsel. (ef, ) (Entered: 11/26/2007) |
| 11/26/2007 | 5 | ATTORNEY Appearance for Defendant P. Daniel Orlich by Stephen David Scallan (Scallan, Stephen) (Entered: 11/26/2007) |
| 11/26/2007 | 6 | ATTORNEY Appearance for Defendant P. Daniel Orlich by Joshua James Whiteside (Whiteside, Joshua) (Entered: 11/26/2007) |
| 11/26/2007 | 7 | ATTORNEY Appearance for Defendant Jeffery Earl Gidney by Andrew Theodore Staes (Staes, Andrew) (Entered: 11/26/2007) |
| 11/26/2007 | 8 | ATTORNEY Appearance for Defendant Jeffery Earl Gidney by Stephen David Scallan (Scallan, Stephen) (Entered: 11/26/2007) |
| 11/26/2007 | 9 | ATTORNEY Appearance for Defendant Jeffery Earl Gidney by Joshua James Whiteside (Whiteside, Joshua) (Entered: 11/26/2007) |
| 11/26/2007 | 10 | MOTION by Defendants Jeffery Earl Gidney, P. Daniel Orlich for extension of time (Scallan, Stephen) (Entered: 11/26/2007) |
| 11/26/2007 | 11 | NOTICE of Motion by Stephen David Scallan for presentment of extension of time 10 before Honorable Samuel Der-Yeghiayan on 11/29/2007 at 09:00 AM. (Scallan, Stephen) (Entered: 11/26/2007) |

| | | |
|---|---|---|
| 11/27/2007 | 12 | MOTION by Defendants Jeffery Earl Gidney, P. Daniel Orlich for extension of time *Amended* (Scallan, Stephen) (Entered: 11/27/2007) |
| 11/28/2007 | 13 | JURY Demand by Jeffery Earl Gidney, P. Daniel Orlich (Scallan, Stephen) (Entered: 11/28/2007) |
| ~~11/28/2007~~ | 14 | ~~ATTORNEY Appearance for Plaintiff The Northern League, Inc. by William I. Goldberg (Goldberg, William) (Entered: 11/28/2007)~~ |
| 11/29/2007 | 15 | MINUTE entry before Judge Samuel Der-Yeghiayan: Defendants' agreed motions for an extension of time 10 , 12 to respond to plaintiff's complaint are granted. Defendants to answer or otherwise plead to the complaint by 12/10/2007. Status hearing set for 1/9/2008 at 9:00 A.M. Mailed notice by judge's staff. (srb,) (Entered: 11/29/2007) |
| 12/10/2007 | 16 | MOTION by Defendants Jeffery Earl Gidney, P. Daniel Orlich to dismiss (Scallan, Stephen) (Entered: 12/10/2007) |
| ~~12/10/2007~~ | 17 | ~~NOTICE of Motion by Stephen David Scallan for presentment of motion to dismiss 16 before Honorable Samuel Der-Yeghiayan on 12/18/2007 at 09:00 AM. (Scallan, Stephen) (Entered: 12/10/2007)~~ |
| 12/17/2007 | 18 | MINUTE entry before Judge Samuel Der-Yeghiayan : Defendants' motion to dismiss 16 is entered and continued. Plaintiff's response shall be filed by 01/11/08 and Defendants' reply shall be filed by 01/18/08. Status hearing reset to 02/27/08 at 9:00 a.m. Status hearing set for 01/09/08 is stricken. Mailed notice (mw, ) (Entered: 12/17/2007) |
| 01/04/2008 | 19 | MOTION by Plaintiff The Northern League, Inc. for extension of time to file response/reply as to motion to dismiss 16 (Goldberg, William) (Entered: 01/04/2008) |
| ~~01/04/2008~~ | ~~20~~ | ~~NOTICE of Motion by William I. Goldberg for presentment of motion for extension of time to file response/reply, motion for relief 19 before Honorable Samuel Der-Yeghiayan on 1/10/2008 at 09:00 AM. (Goldberg, William) (Entered: 01/04/2008)~~ |
| 01/10/2008 | 21 | MINUTE entry before Judge Samuel Der-Yeghiayan : Plaintiff's motion for extension of time to respond to Defendants' motion to dismiss 19 is granted as follows: Defendants' motion to dismiss 16 is hereby denied without prejudice. Defendants' responsive pleading to Plaintiff's complaint is stayed until further order of the Court. Status hearing reset to 02/21/08 at 9:00 a.m Status hearing set for 02/27/08 is stricken. Mailed notice (mw, ) (Entered: 01/10/2008) |
| 02/21/2008 | 22 | MINUTE entry before Judge Samuel Der-Yeghiayan : Status hearing held and continued to 03/25/08 at 9:00 a.m. As stated on the record, Plaintiff shall file its amended complaint by 02/25/08. Defendants to answer or otherwise plead to Plaintiff's amended complaint by |

| | | |
|---|---|---|
| | | 03/21/08. Mailed notice (mw, ) (Entered: 02/21/2008) |
| 02/25/2008 | 23 | AMENDED complaint by Joliet Professional Baseball Club, LLC, Schaumburg Professional Baseball LLC, Fargo Baseball, LLC, Southshore Baseball, LLC, Kansas City T-Bones, LLC, Winnipeg Goldeyes Baseball Club, Inc., The Northern League, Inc. against J.E. Gidney Holdings, Inc., The Northern League in Edmonton, Inc., Jeffery Earl Gidney, P. Daniel Orlich (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Goldberg, William) (Entered: 02/25/2008) |
| 02/26/2008 | 24 | MOTION by counsel for Defendants Jeffery Earl Gidney, P. Daniel Orlich to withdraw as attorney *By Andrew Staes, Stephen Scallan And Joshua J. Whiteside* (Staes, Andrew) (Entered: 02/26/2008) |
| ~~02/26/2008~~ | 25 | ~~NOTICE of Motion by Andrew Theodore Staes for presentment of motion to withdraw as attorney 24 before Honorable Samuel Der-Yeghiayan on 3/4/2008 at 09:00 AM. (Staes, Andrew) (Entered: 02/26/2008)~~ |
| ~~02/28/2008~~ | 26 | ~~SUMMONS Issued as to Defendants J.E. Gidney Holdings, Inc., The Northern League in Edmonton, Inc. (gmr, ) (Entered: 02/29/2008)~~ |
| 03/03/2008 | 27 | MINUTE entry before Judge Samuel Der-Yeghiayan :For the reasons stated below, the instant action is hereby ordered remanded to the Circuit Court of Cook County (07 CH 30842). All prior orders and filings are stricken. All pending dates are hereby stricken as moot. All pending motions are hereby denied as moot without prejudice. Civil case terminated. Mailed notice (rp, ) (Entered: 03/03/2008) |
| 03/03/2008 | | MAILED remand letter to Circuit Court of Cook County. (rp, ) (Entered: 03/03/2008) |
| 03/03/2008 | 28 | MOTION by Defendants Jeffery Earl Gidney, P. Daniel Orlich to vacate *or Modify Court's Order of March 3, 2008* (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Whiteside, Joshua) (Entered: 03/03/2008) |
| ~~03/03/2008~~ | 29 | ~~*Emergency* NOTICE of Motion by Joshua James Whiteside for presentment of motion to vacate 28 before Honorable Samuel Der-Yeghiayan on 3/4/2008 at 09:00 AM. (Whiteside, Joshua) (Entered: 03/03/2008)~~ |
| 03/04/2008 | 30 | MINUTE entry before Judge Samuel Der-Yeghiayan :For the reasons stated below, Defendants Jeffery Earl Gidney and P. Daniel Orlich's emergency motion to vacate or modify the Court's order of 03/03/08 28 is denied. Mailed notice (gmr, ) (Entered: 03/05/2008) |
| 03/06/2008 | 31 | NOTICE of appeal by Jeffery Earl Gidney, P. Daniel Orlich regarding orders 30 , 27 Filing fee $ 455, receipt number 2591908. (Staes, |

|  |  | Andrew) (Entered: 03/06/2008) |
|---|---|---|
| 03/07/2008 | 32 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 03/07/2008) |
| 03/07/2008 | 33 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 31 . Notified counsel (dj, ) (Entered: 03/07/2008) |
| 03/07/2008 | 34 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 31 ; USCA Case No. 08-1554. (vcf, ) (Entered: 03/11/2008) |

**KEY**

**All items are included in this record.**
**All cross out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**