



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

March 31, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: The Northern League, Inc. V. Gidney et al

U.S.D.C. DOCKET NO. : 07cv6585

U.S.C.A. DOCKET NO. : 08-1554

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| VOLUME(S) OF PLEADING(S) | 1 Volume of Pleadings |

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
G. Jones, Deputy Clerk